IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONIA LIZETH ALVAREZ, | : | |
| Petitioner, | : | |
| | : | 1:14-CV-1786 |
| v. | : | |
| | : | Hon. John E. Jones III |
| ERIC HOLDER, *et al.*, | : | |
| Respondents. | : | |

## ORDER

### January 12, 2015

**AND NOW**, for the reasons set forth in the Memorandum issued this date,

**IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

s/ John E. Jones III
John E. Jones III
United States District Judge